Carol M. Romano, #015988
Kevin R. Myer, #019919
RENAUD COOK DRURY MESAROS, PA
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900
*Attorneys for Defendant Regent University, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alvin Ray Yount,<br><br>  Plaintiff,<br><br>v.<br><br>Regent University, Inc.,<br><br>  Defendant. | No. CV08 8011 PCT-DGC<br><br>**DEFENDANT REGENT UNIVERSITY INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1, Fed.R.Civ.P., Defendant Regent University, Inc.,by and through undersigned counsel, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed.R.Civ.P. 7.1 requires a "non[-]governmental corporate party to an action or proceeding in a district court" to "file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock" or "state[] that there is no such corporation."

2. Given that Defendant Regent University, Inc., is a non-stock, non-profit corporation organized under the laws of Virginia with no shareholders, there is no such corporation that is a parent corporation of Regent University, Inc.

/ / /

/ / /

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 1, CV08 8011 PCT-DGC)   [9999-0009]   @PFDesktop\:::ODMA/MHODMA/imanage;RCD_PHX;462327;1

1    3.   Given that Defendant Regent University, Inc., is a non-stock, non-profit corporation organized under the laws of Virginia with no shareholders, there is no such publically-held corporation that owns any stock in Regent University, Inc.

RESPECTFULLY SUBMITTED this   6th   day of June, 2008.

RENAUD COOK DRURY MESAROS, PA


 /s/ Kevin R. Myer #019919
Carol M. Romano
Kevin R. Myer
Phelps Dodge Tower
One North Central, Suite 900
Phoenix, AZ  85004-4417
*Attorneys for Defendant Regent University, Inc.*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 2, CV08 8011 PCT-DGC)          [9999-0009]          @PFDesktop\:;ODMA/MHODMA/imanage;RCD_PHX;462327;1

1  The foregoing electronically filed
   this __6th__ day of June, 2008,
2  and a COPY mailed & emailed this same
   date to:
3
   Alvin Ray Yount - Pro Se
4  11305 East Mingus Vista Drive
   Prescott Valley, Arizona 86314
5  **younta@hughes.net**

6
   /s/ Kevin R. Myer
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

(Page 3, CV08 8011 PCT-DGC)                [9999-0009]              @PFDesktop\::ODMA/MHODMA/imanage;RCD_PHX;462327;1