Alvin Ray Yount
11305 East Mingus Vista Drive
Prescott Valley, Arizona 86314
928-759-2048

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alvin Ray Yount, | No. CV08 8011 PCT-DGC |
| Plaintiff, | NOTICE OF DISCLOSURE OF EXPERTS AND COMPLETION OF EXPERT DISCOVERY AND THIRD AMENDED DISCOVERY |
| v. | |
| Regent University, Inc. | |
| Defendant | |

Plaintiff served on Defendant, by UPS Overnight Delivery, his third Amended Disclosure, which included Completion of Expert Discovery on September 12, 2008.

Respectfully submitted,

Dated: September 12, 2008

Alvin Ray Yount / Pro Se
11305 East Mingus Vista Drive
Prescott Valley, Arizona 86314
(928) 759-2048

## CERTIFICATE OF SERVICE

Case Name: Alvin Ray Yount          v.   Regent University, Inc.

Case No.: CV08 8011 PCT-DGC

I certify that a copy of the **NOTICE OF DISCLOSURE OF EXPERTS AND COMPLETION OF EXPERT DISCOVERY AND THIRD AMENDED DISCOVERY**

and any attachments were served, by UPS Overnight, on the person(s) listed below.

*[signature]*
Alvin Ray Yount

| Name | Address | Date Served |
|---|---|---|
| Kevin R. Myer | Phelps Dodge Tower<br>One North Central, Suite 900<br>Phoenix, Arizona 85004-4417 | Sept 12, 2008 |